219 So.2d 893

**Joe SEGREST**

**v.**

**STATE.**

**5 Div. 881.**

Supreme Court of Alabama.

March 6, 1969.

Russell, Raymon & Russell, Tuskegee, for petitioner.

MacDonald Gallion, Atty. Gen., and Marlin Mooneyham, Asst. Atty. Gen., opposed.

BLOODWORTH, Justice.

Petition of Joe Segrest for certiorari to the Court of Appeals to review and revise the judgment and decision in Segrest v. State, 44 Ala.App. 673, 219 So.2d 890.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.